IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James G. Harkins, :

    Plaintiff : Case No. 2:08-cv-1067

v. : Judge Michael H. Watson

Michael J. Astrue, : Magistrate Judge
Commissioner of Social Security,
:
    Defendant
:

## Order

Plaintiff James G. Harkins brings this action under 42 U.S.C. §§405(g) for review of a final decision of the Commissioner of Social Security denying his application for Social Security disability insurance and supplemental security income benefits. This matter is before the Court on Magistrate Judge Abel's August 17, 2009 Report and Recommendation that this case be remanded to the Commissioner to consider whether plaintiff Harkins has the ability to perform jobs without special consideration or accommodation.

No objections have been filed. Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. This case is hereby **REMANDED** to the Commissioner of Social Security to consider whether Harkins has the ability to perform jobs without special consideration or accommodation. On remand, the Commissioner should secure the assistance of a job placement specialist or psychologist familiar with the abilities

required for a learning disabled person to obtain substantial gainful work without special assistance or special circumstances to assist him in evaluating the evidence.

Michael H. Watson, Judge
United States District Court